UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRION ARMSTRONG, ) | |
| NIGARAL ROBINSON, ) | |
| KENYATTA WILKINS, ) | |
| AND CHRISTOPHER GALLOWAY, ) | Case No. |
| ) | |
| ) | Judge |
| Plaintiffs, ) | |
| ) | Magistrate Judge |
| v. ) | |
| ) | JURY DEMAND |
| B.M. VIDA 19863, P.O. DZIEZIC #15294,) | |
| and S.N. LIBREROS, Individually, and ) | |
| the CITY OF CHICAGO, a Municipal ) | |
| Corporation, ) | |
| Defendants. ) | |

## COMPLAINT

**NOW COME** the Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, by and through their attorneys, Gregory E. Kulis & Associates, Ltd. and complaining against the Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS, individually, and THE CITY OF CHICAGO as follows:

## COUNT I – FALSE ARREST

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Indiana, to redress deprivations of the Civil Rights of the Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, accomplished by acts and/or omissions of Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS, individually, and THE CITY OF CHICAGO committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

1

3. Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, were at all relevant times residents of the State of Illinois.

4. At all relevant times, the Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS were duly appointed Chicago Police Officers acting within the scope of their employment and under color of law.

5. On or about October 30, 2020, Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, were walking in the vicinity of the 1200 block of S. Tripp in Chicago, Illinois.

6. The Plaintiffs were not committing any crime or breaking any laws.

7. The Defendants stopped the Plaintiffs and took them into custody for being involved in a paintball attack.

8. The Plaintiffs questioned why they were being stopped and taken into custody.

9. The Plaintiffs denied being involved in a paintball attack.

10. The Plaintiffs were not in custody of a paintball gun and was not viewed shooting a paintball gun at anyone.

11. Without any facts to support any charge, the Plaintiffs were handcuffed and taken into custody.

12. At all relevant times, the Defendants B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS were acting pursuant to the customs and policies of the Chicago Police Department.

13. The actions of the Defendant, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS were intentional, willful and with malice.

14. Said actions of the Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS violated the Plaintiffs' Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

15. As a direct and proximate consequence of said conduct of the Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBREROS, the Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, pain, and suffering.

**WHEREFORE**, the Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, pray for judgment in their favor and against the Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBRERO, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II - INDEMNIFICATION

1-15. The Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, hereby reallege and incorporate their allegations of paragraphs 1-15 of Count I as their respective allegations of paragraphs 1-15 of Count II as though fully set forth herein.

16. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

17. The Defendants, B.M. VIDA 19863, P.O. DZIEZIC, and S.N. LIBRERO, were employees of THE CITY OF CHICAGO, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, be found liable for any of the acts alleged above, the Defendant, THE CITY OF CHICAGO, would be liable to pay the Plaintiffs, DARRION

3

ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, any judgment obtained against the Defendants.

## JURY DEMAND

The Plaintiffs, DARRION ARMSTRONG, NIGARAL ROBINSON, KENYATTA WILKINS, and CHRISTOPHER GALLOWAY, hereby request a trial by jury.

    Respectfully submitted,

    */s/ Gregory E. Kulis*
    Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**